UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCILEE LEA,<br><br>    Plaintiffs,<br> vs.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>    Defendant.<br>              / | CASE NO. CV F 10-0598 LJO SMS<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 6.) |

  Plaintiff's counsel has filed a notice of settlement and request to vacate dates.  Pursuant to this Court's Local Rule 160, this Court ORDERS plaintiff, **no later than June 21, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show cause why this action should not be closed.

  This Court VACATES all pending dates and matters, including the June 24, 2010 scheduling conference.

  Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and 272.

  IT IS SO ORDERED.

**Dated:  May 10, 2010**           /s/ Lawrence J. O'Neill
                           UNITED STATES DISTRICT JUDGE