UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCILEE LEA, | CASE NO. CV-F-10-598 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| NCB MANAGEMENT SERVICES, INC. | |
| Defendant. | |

On May 10, 2010, the parties filed a notice of settlement in this action. On May 24, 2010, Plaintiff filed a notice of voluntary dismissal in the above-titled action, dismissing this action with prejudice. Pursuant to Fed. R. Civ. P. 41, this action is DISMISSED with prejudice. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   May 25, 2010**                       /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE